## Second Department, November, 1962

### (November 1, 1962)

■ Jean M. Le Henaff, Respondent, v. Jacqueline J. Le Henaff, Appellant.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Irving L. Kessler, Appellant-Respondent, v. Estelle Kessler, Respondent-Appellant.— Motion by appellant husband to stay judgment pending his appeal therefrom, granted on the following conditions: (1) that he continue to pay $50 a week for the children's support; (2) that he pay all the accrued and current charges for the maintenance of the former family home in Flushing; (3) that, within 10 days after entry of the order hereon, he shall file an undertaking for $2,500, with corporate surety, to make the payments directed by the judgment in the event that such directions be affirmed in whole or in part or in the event that his appeal be dismissed; and (4) that his appeal be perfected and that he be ready to argue or submit it at the January Term, commencing January 2, 1963. Said appeal is ordered on the calendar for such term; the record and the appellant-husband's brief to be served and filed on or before December 10, 1962. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

### (November 5, 1962)

■ The People of the State of New York, Respondent, v. Ernest Cunningham, Appellant.— Motion by appellant to vacate order dated May 10, 1962, discontinuing his appeal, granted; order vacated. On the court's own motion, the appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. On the court's own motion, David F. Jordan, Esq., 35 West Main St., Smithtown, N. Y., is assigned as counsel to prosecute the appeal in place of the counsel previously assigned. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of Eva Demko, Respondent, v. Joseph Demko, Appellant.— Motion by appellant for a stay, pending appeal, granted on the following conditions: (1) that appellant shall have paid to the Family Court all the arrears due under the order appealed from; (2) that appellant shall continue to make all the payments required by said order to be made to the Family Court; (3) that from the sums paid by appellant the Clerk of said court shall disburse $9 per week for the benefit of the infant involved and shall hold the balance in escrow pending the determination of the appeal; and (4) that appellant shall perfect the appeal and be ready to argue or submit it at the January Term, commencing January 2, 1963. The appeal is ordered on the calendar for said term; it will be heard on the original papers (including the typewritten minutes) and on the typewritten briefs of all parties. The appellant is directed to file the original papers and six copies of his brief on or before December 5, 1962, and to serve one copy of his typewritten brief on the respondent and on the Corporation Counsel of the City of New York on or before said date. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur